PER CURIAM.

(No. 75-CC-47—)

SAINT JOSEPH HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID AND DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 10, 1975.*

SAINT JOSEPH HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

Per Curiam.